UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY J. HISER,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant | Civil No. C08-1058-RSM<br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability benefits under Title XVI of the Social Security Act be reversed and remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ will hold a de novo hearing and Plaintiff may raise any issue. The ALJ will: (1) Correct the record with regard to Exhibit 41 (incomplete) and Exhibit 44 (missing); (2) Consider the basis for cessation of disability found by the State agency; (3) Obtain testimony from a medical expert to clarify whether Plaintiff has had medical improvement; (4) Reevaluate the medical evidence and, if appropriate, request additional evidence or further clarification of the opinions and medical source statements;

(5) Reevaluate Plaintiff's credibility and residual functional capacity (RFC); and (6) Obtain vocational expert testimony regarding Plaintiff's ability to perform past relevant work or other work, with reevaluated RFC and new hypothetical.

Plaintiff is entitled to seek costs and reasonable attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this _18_ day of _February_ 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Recommended for Entry
this 13th day of February, 2009.

s/ Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Thomas M. Elsberry
THOMAS M. ELSBERRY    WSB # 26456
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Phone: 206-615-2112
Fax:   206-615-2531
thomas.elsberry@ssa.gov